**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103
Lawrence J. Liu #312115

Attorneys for: Defendants Cynthia Belcher dba Kristina's Natural Ranch Market, Wathen Legacy, L.P., and Headliner Shopping Center, LLC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA BELCHER dba KRISTINA'S NATURAL RANCH MARKET; WATHEN LEGACY, L.P.; HEADLINER SHOPPING CENTER, L.L.C.,<br><br>Defendants. | Case No. No. 1:17-cv-01125-DAD-BAM<br><br>**JOINT STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER**<br><br>**First Amended Complaint filed: September 7, 2017.** |

On March 5, 2018, the parties appeared through counsel at a Scheduling Conference. The Court filed its Scheduling Conference Order (ECF Doc. No. 19) on the same day. The March 5, 2018 Order stated, *inter alia*, that "All stipulated amendments or motions to amend shall be filed by **June 1, 2018**." (Emphasis in original.)

Since the Scheduling Conference, the parties have met and conferred regarding potential settlement and remaining discovery issues. Given the current status of pending settlement discussions, the parties request a modification of the previous Order to allow for an extension for the filing of amended pleadings such that the parties may focus their attention on settlement efforts and

///

engage in further discovery if needed, and to avoid the additional burden of filing unnecessary amended pleadings to the extent possible.

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, for good cause appearing and the reasons set forth in the Declarations of Michael S. Helsley and Zachary Best, that the deadline for all stipulated amendments or motions to amend the parties' pleadings shall be extended two (2) months from the original date of June 1, 2018, to the new date of **August 1, 2018**. All the other previously set dates remain as set forth in the previous Order.

The amended Scheduling Order shall be comprised of the dates below:

|  | **Original Date Set** | **New Stipulated Date** |
|---|---|---|
| Amendment to Pleadings | June 1, 2018 | August 1, 2018 |
| Initial Disclosure | Completed. | No change |
| Expert Disclosure | December 14, 2018 | No change |
| Supplemental Expert Disclosure | January 18, 2019 | No change |
| Non-Expert Discovery Cutoff | January 18, 2019 | No change |
| Expert Discovery Cutoff | February 15, 2019 | No change |
| Pretrial Motion Filing Deadline | March 18, 2019 | No change |
| Early Status Conference | Date: June 7, 2018<br>Time: 8:30 a.m.<br>Dept.: 8 (BAM) | No change |
| Pretrial Conference | Date: May 20, 2019<br>Time: 1:30 p.m.<br>Dept.: 5 (DAD) | No change |
| Jury Trial (3 days estimated) | Date: July 30, 2019<br>Time: 8:30 a.m.<br>Dept.: 5 (DAD) | No change |

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| 1 |  | Respectfully Submitted, |
| 2 | Dated: May 15, 2018 | WANGER JONES HELSLEY PC |

Dated: May 15, 2018                          WANGER JONES HELSLEY PC

By: */s/ Michael S. Helsley*
   Michael S. Helsley
   Lawrence J. Liu
   Attorneys for: Cynthia Belcher dba Kristina's Natural Ranch Market; Wathen Legacy, L.P.; Headliner Shopping Center, LLC.

Dated: May 15, 2018                          MISSION LAW FIRM, A.P.C.
By: */s/ Zachary Best*
   Zachary Best
   Attorney for: Jose Acosta.

## **ORDER**

For GOOD CAUSE APPEARING, and the parties having so stipulated, IT IS HEREBY ORDERED that the deadline for all stipulated amendments or motions to amend the parties' pleadings shall be extended two (2) months from the original date of June 1, 2018, to the new date of **August 1, 2018**. All the other previously set dates shall remain as set forth in the previous Scheduling Order dated March 5, 2018.

IT IS SO ORDERED.

Dated:   **May 15, 2018**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE